UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICK SOBER and<br>KIMBERLY SOBER,<br><br>   Plaintiffs,<br><br>v.<br><br>PROGRESSIVE NORTHERN<br>INSURANCE COMPANY,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No.: 15-cv-1122-M<br>)<br>)<br>)<br>)<br>) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The following parties to this lawsuit, Plaintiffs, Rick Sober and Kimberly Sober, and Defendant, Progressive Northern Insurance Company, pursuant to Fed. R. Civ. P. 41, stipulate this case should be dismissed with prejudice. All respective parties to bear their respective attorney fees and costs.

Dated this 26th day of January 2017.

| | |
|---|---|
| s/ Larry A. Tawwater | /s Brad L. Roberson |
| *(Signed by Filing Attorney With Permission of Attorney)* | Brad L. Roberson, OBA No. 18819 |
| Larry A. Tawwater, OBA No. 8852 | PIGNATO, COOPER, KOLKER |
| Darren M. Tawwater, OBA No. 18854 |   & ROBERSON, P.C. |
| THE TAWWATER LAW FIRM, P.L.L.C. | Robinson Renaissance Building |
| One TSquared Place | 119 North Robinson Avenue, 11th Floor |
| 14001 Quail Springs Parkway | Oklahoma City, Oklahoma 73102 |
| Oklahoma City, Oklahoma 73134 | Telephone:   405-606-3333 |
| Telephone:   405-607-1400 | Facsimile:   405-606-3334 |
| Facsimile:   405-607-1450 | **ATTORNEYS FOR DEFENDANT** |
| **ATTORNEYS FOR PLAINTIFFS** | |